1
2
3
4
5
6
7
8
9            **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

11

12  GABRIEL GARCIA,                    )    Case No. CV 14-00092-AS
                                       )
13                Plaintiff,           )    **JUDGMENT**
                                       )
14        v.                           )
                                       )
15  CAROLYN W. COLVIN,                 )
    Acting Commissioner of the         )
16  Social Security Administration,)
                                       )
17                Defendant.           )
    _____)
18

19        IT IS ADJUDGED that this action is DISMISSED with prejudice.

20

21  Dated: July 20, 2015.

22

23                            _____/S/_____
                                          ALKA SAGAR
24                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28